| | | AUSA Srinivasan |
|---|---|---|

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
March 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

United States of America, §
§
v. §
§  Case Number: 1:25-mj-306
**Nelson Hurtado-Macedo** §
**Aka: Nelson Hurtado Macedo, Nelson** §
**Hurtadomacedo, Oscar Hurtadoteran,** §
**Nelson Macedo, Nelson Maseroortado,**
**Nelson Meseloortado, Alex Gonzalez**
**Torres**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 23**, **2025**, in the county of **Travis**, in the Western District of Texas, the defendant, **Nelson Hurtado-Macedo**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 23, 2025**, the defendant, an alien, was found at the Travis County Jail, Austin, Texas, within the Western District of Texas**.** A deportation officer identified the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **August 15, 2014**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (A. Rossy)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**March 17, 2025**                                                   Austin, Texas
_____  at  _____
 Date                                                                       City and State

Mark Lane
United States Magistrate Judge
_____        _____
Name & Title of Judicial Officer                        Signature of Judicial Officer